1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY OLIVER,                          Case No. 2:24-cv-2049-KJM-CSK

12                    Plaintiff,

13          v.                                ORDER FOR INTRADISTRICT
                                              TRANSFER
14   ABC LEGAL SERVICES, LLC, et al.,

15                    Defendants.

16

17          Plaintiff Anthony Oliver, who proceeds without the assistance of counsel in this

18   case, filed a Complaint on July 24, 2024 and paid the filing fee.[1] Compl. (ECF No. 1).

19   Plaintiff alleges federal claims under 42 U.S.C. § 1983 and state law claims for

20   negligence and California Business and Professions Code § 17200 by Defendants ABC

21   Legal Services, LLC, ACE Attorney Services, Inc., Exclusive Attorney Service, Inc., and

22   County Legal Service, Inc. *See id.* Plaintiff alleges federal question and diversity

23   jurisdiction. *See id.*

24          A review of the Complaint indicates the alleged violations took place in Kings

25   County, which is part of the Fresno Division of the United States District Court for the

26   Eastern District of California. *See* E.D. Cal. Local Rule 120(d). Pursuant to Local Rule

27   _____

28   [1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ.
     P. 72, and Local Rule 302(c)(21).

                                            1

120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In doing so, this Court expresses no opinion on the merits of Plaintiff's claims.

## ORDER

Good cause appearing, the Court hereby ORDERS:

1.     This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2.     All future filings shall reference the new Fresno case number assigned and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721.

Dated:  August 1, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, oliv.2049

2